IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMELO TORRES SANTIAGO
DOMINGA COTTO VELEZ

DEBTORS

CASE NO. 12-08925-ESL

CHAPTER 13

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COME NOW, **CARMELO TORRES SANTIAGO and DOMINGA COTTO VELEZ** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting an amended Plan dated November 29, 2012, herewith and attached to this motion.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtors, Carmelo Torres Santiago and Dominga Cotto Velez and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 29th day of November, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR  00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                Case No. **3:12-bk-8925**

**TORRES SANTIAGO, CARMELO & COTTO VELEZ, DOMINGA**          Chapter **13**

Debtor(s)

**CHAPTER 13 PAYMENT PLAN**

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☑ AMENDED PLAN DATED: _11_/_29_/_2012_
   ☐ PRE ☐ POST-CONFIRMATION           Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __150.00__ x __60__ = $ __9,000.00__
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ __9,000.00__

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ __9,000.00__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __2,881.00__

Signed: _Carmelo Torres Santiago_
Debtor

_Dominga Cotto Velez_
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
5. ☐ Other:
6. ☑ Debtor otherwise maintains regular payments directly to:
   **BANCO SANTANDER**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
          ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**    Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

TORRES SANTIAGO, CARMELO
HC 08 BOX 38727
CAGUAS, PR  00725-9417

GURA COOP
PO BOX 678
GURABO, PR  00778

COTTO VELEZ, DOMINGA
HC 08 BOX 38727
CAGUAS, PR  00725-9417

RDZ HIDALGO
ROAD 150 KM20.5
COAMO, PR  00769

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117-6189

ADVANCE AUTO PARTS
5008 AIRPORT RD NW
ROANOKE, VA  24012-1601

VILLA COOP AGUSTIN
ROAD 149 KM58.0
VILLALBA, PR  00766

AFNI
DISH NETWORK
PO BOX 3517
BLOOMINGTON, IL  61702-3517

VILLA COOP AGUSTIN BUR
ROAD 149 KM 58.0
VILLALBA, PR  00766

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

WALMART
PO BOX 530927
ATLANTA, GA  30353-0927

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR  00936-2589

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140

FIA CSNA
PO BOX 982235
EL PASO, TX  79998