IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMELO TORRES SANTIAGO
DOMINGA COTTO VELEZ

DEBTOR(S)

CASE NUMBER: 12-08925-ESL

CHAPTER 13

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

TO THE HONORABLE COURT:

**COME NOW, CARMELO TORRES SANTIAGO** and **DOMINGA COTTO VELEZ,** debtors through their undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: _include the unsecured creditor named Departamento de Educacion, balance owed $12,040.54, postal address PO Box 190759 San Juan PR 00919._

**WHEREFORE,** the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

NOTICE

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

1

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Carmelo Torres Santiago and Dominga Cotto Velez; to the creditors affected by the amendment: *Departamento de Educacion, postal address PO Box 190759 San Juan PR 00919*; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 25 day of March, 2013.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL NO (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMELO TORRES SANTIAGO
DOMINGA COTTO VELEZ

DEBTOR(S)

CASE NUMBER: 12-08925-ESL

CHAPTER 13

### DEBTORS' VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule F**, consisting of _3_ **sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this _25_ day of _March_, 2013.

_____
CARMELO TORRES SANTIAGO

_____
DOMINGA COTTO VELEZ

3

B6F (Official Form 6F) (12/07)

IN RE TORRES SANTIAGO, CARMELO & COTTO VELEZ, DOMINGA
Debtor(s)

Case No. 3:12-bk-8925
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7030017000136809 ADVANCE AUTO PARTS 5008 AIRPORT RD NW ROANOKE, VA 24012-1601 | | | REVOLVING ACCOUNT OPENED 10/2009 | | | | 398.00 |
| ACCOUNT NO. 8255909534929945 AFNI DISH NETWORK PO BOX 3517 BLOOMINGTON, IL 61702-3517 | | J | | | | | 268.00 |
| ACCOUNT NO. 5001390484161123 BANCO POPULAR DE PR PO BOX 70100 SAN JUAN, PR 00936-8100 | | | REVOLVING ACCOUNT OPENED 4/2004 | | | | 423.00 |
| ACCOUNT NO. 3778-103044-92934 BANCO POPULAR DE PR PO BOX 70100 SAN JUAN, PR 00936-8100 | | | REVOLVING ACCOUNT OPENED 8/1998 | | | | 5,811.00 |

2 continuation sheets attached

Subtotal (Total of this page) $ 6,900.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE TORRES SANTIAGO, CARMELO & COTTO VELEZ, DOMINGA     Case No. 3:12-bk-8925
                                    Debtor(s)                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5414-8107-0051-9045<br>BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | | | REVOLVING ACCOUNT OPENED 3/2004 | | | | 6,310.00 |
| ACCOUNT NO. 754880385<br>CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | | J | UTILITY | | | | 516.00 |
| ACCOUNT NO. XXX-XX-6693<br>DEPARTAMENTO DE EDUCACION<br>AREA DE FINANZAS<br>PO BOX 190759<br>SAN JUA, PR 00919 | | J | No. Referencia: 13081011 | | | | 12,040.54 |
| ACCOUNT NO. xxx-xx-6693<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | | J | Collection of Money | | | | 12,040.54 |
| ACCOUNT NO. 5222-1310-2143-5528<br>FIA CSNA<br>PO BOX 982235<br>EL PASO, TX 79998 | | | REVOLVING ACCOUNT OPENED 6/2006 | | | | 5,188.00 |
| ACCOUNT NO. 99663071018<br>GURA COOP<br>PO BOX 678<br>GURABO, PR 00778 | | | INSTALLMENT ACCOUNT OPENED 10/2007 DEBTOR IS CO-DEBTOR | | | | 6,090.00 |
| ACCOUNT NO. 241761060814<br>RDZ HIDALGO<br>ROAD 150 KM20.5<br>COAMO, PR 00769 | | | INSTALLMENT ACCOUNT OPENED 8/2006 | | | | 11,932.00 |

Sheet no. __1__ of __2__ continuation sheets attached to                Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims         (Total of this page)   $ 54,117.08

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE TORRES SANTIAGO, CARMELO & COTTO VELEZ, DOMINGA           Case No. 3:12-bk-8925
                              Debtor(s)                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5049948524541911 <br> SEARS <br> PO BOX 6189 <br> SIOUX FALLS, SD 57117-6189 | | J | | | | | 325.00 |
| ACCOUNT NO. 1078761111105 <br> VILLA COOP AGUSTIN <br> ROAD 149 KM58.0 <br> VILLALBA, PR 00766 | | | INSTALLMENT ACCOUNT OPENED 11/2011 | | | | 6,108.00 |
| ACCOUNT NO. 1112201091005 <br> VILLA COOP AGUSTIN BUR <br> ROAD 149 KM 58.0 <br> VILLALBA, PR 00766 | | | INSTALLMENT ACCOUNT OPENED 10/2009 <br> DEBTOR IS CO-DEBTOR | | | | 2,729.00 |
| ACCOUNT NO. 6032203001962504 <br> WALMART <br> PO BOX 530927 <br> ATLANTA, GA 30353-0927 | | | REVOLVING ACCOUNT OPENED 12/2009 | | | | 679.00 |
| ACCOUNT NO. 6032203601936296 <br> WALMART <br> PO BOX 530927 <br> ATLANTA, GA 30353-0927 | | | REVOLVING ACCOUNT OPENED 6/2000 | | | | 285.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 10,126.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 71,143.08

TORRES SANTIAGO, CARMELO
HC 08 BOX 38727
CAGUAS, PR 00725-9417

FIA CSNA
PO BOX 982235
EL PASO, TX 79998

COTTO VELEZ, DOMINGA
HC 08 BOX 38727
CAGUAS, PR 00725-9417

GURA COOP
PO BOX 678
GURABO, PR 00778

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

RDZ HIDALGO
ROAD 150 KM20.5
COAMO, PR 00769

ADVANCE AUTO PARTS
5008 AIRPORT RD NW
ROANOKE, VA 24012-1601

SEARS
PO BOX 6189
SIOUX FALLS, SD 57117-6189

AFNI
DISH NETWORK
PO BOX 3517
BLOOMINGTON, IL 61702-3517

VILLA COOP AGUSTIN
ROAD 149 KM58.0
VILLALBA, PR 00766

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

VILLA COOP AGUSTIN BUR
ROAD 149 KM 58.0
VILLALBA, PR 00766

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

WALMART
PO BOX 530927
ATLANTA, GA 30353-0927

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

DEPARTAMENTO DE EDUCACION
AREA DE FINANZAS
PO BOX 190759
SAN JUA, PR 00919

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140