# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**CARMELO TORRES SANTIAGO**
**DOMINGA COTTO VELEZ**

xxx–xx–3655
xxx–xx–6693

Debtor(s)

Case No. **12–08925 ESL**

Chapter **13**

**FILED & ENTERED ON 9/11/14**

## *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion requesting entry of order Re: Authorization to use funds from 2012 and 2013 tax refunds filed by DEBTOR, docket #36, 37.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, September 11, 2014 .

*Enrique S. Lamoutte*
United States Bankruptcy Court