# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**CARMELO TORRES SANTIAGO**
**DOMINGA COTTO VELEZ**

xxx–xx–3655
xxx–xx–6693

Debtor(s)

Case No. **12–08925 ESL**

Chapter **13**

**FILED & ENTERED ON 3/21/16**

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Debtors' motion requesting authorization to use funds from 2014 tax refund filed by Debtors, docket #40, 41.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, March 21, 2016 .

Enrique S. Lamoutte
United States Bankruptcy Judge