IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMELO TORRES SANTIAGO
DOMINGA COTTO VELEZ

DEBTORS

CASE NO 12-08925 ESL

CHAPTER 13

### DEBTORS' REPLY TO *TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO DELIVER TAX REFUNDS* DOCKET NO. 46

TO THE HONORABLE COURT:

**COME NOW, CARMELO TORRES SANTIAGO and DOMINGA COTTO VELEZ**, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Chapter 13 Trustee filed a *Trustee's Motion to Dismiss for Failure to Deliver Tax Refunds*, docket no. 46, basically stating that the Trustee had not received the "tax refund" provided for in debtors' confirmed Plan, specifically for the year 2015, as of the date of the motion for dismissal.

2. In reply to the Trustee's motion for dismissal for failure to deliver tax refunds, the debtors respectfully state that the debtors did not receive and/or earn any taxable income for the year 2015 thus, they did not file a tax return nor did they receive a tax refund, for said year.

3. Attached is copy of Puerto Rico Treasury Department's Form SC 2781 whereby the debtors state under penalty of perjury the reason as to why they did not file a 2015 tax return.

4. The debtors are up-to-date in the confirmed Plan payments to the Chapter 13 Trustee.

5. The debtors respectfully request that for the above stated reasons, the Trustee's motion for dismissal, docket entry #46, be denied.

**WHEREFORE,** based on the above stated, the debtors respectfully pray that Trustee's motion requesting dismissal, docket no. 46, be denied.

Page – 2-
Debtors' Reply to Trustee's MTD
Case no. 12-08925 BKT13

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee Alejandro Oliveras Rivera, Esq.; and also certify that I have mailed by United States Postal Service copy of this motion to the following non-participants: debtors, Carmelo Torres Santiago and Dominga Cotto Velez, HC 08 Box 38727 Caguas PR 00725, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 28th day of November, 2016.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTORS
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**Modelo SC 2781**
Rev. 4 ago 10

**Gobierno de Puerto Rico**
**DEPARTAMENTO DE HACIENDA**
Area de Rentas Internas

## CERTIFICACION DE RAZONES POR LAS CUALES EL CONTRIBUYENTE NO ESTA OBLIGADO POR LEY A RENDIR LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

### PARTE I - INFORMACION GENERAL DEL CONTRIBUYENTE (Para ser completado por el contribuyente)

(Si se prepara para un contribuyente fallecido incluya la información del causante y complete la Declaración de la Parte V)

Nombre del Contribuyente: Carmelo Torres Santiago
Número de Seguro Social: 3655
Nombre del Cónyuge: Dominga Cotto Vélez
Número de Seguro Social del Cónyuge: 6693
Número de Teléfono Residencia: (   )
Número de Teléfono Trabajo: (   )
Dirección Postal: HC-08 Box 38727 Caguas, P.R. 00725-9417
Dirección Residencial:

### PARTE II - RAZONES POR LAS CUALES NO RINDIO SU PLANILLA (Para ser completado por el contribuyente)

Certifico que para cada uno de los años contributivos detallados a continuación, mi estado personal y las razones por las cuales no rendí la planilla de contribución sobre ingresos son los siguientes:

| Año Contributivo | Estado Personal | Razones |
|---|---|---|
| 2015 | Casado | Jubilado 2 Mayo 2014 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### PARTE III - PROPOSITO DE ESTA CERTIFICACION (Para ser completado por el contribuyente)

### PARTE IV - DECLARACION JURADA DEL CONTRIBUYENTE (Para ser completado por el contribuyente)

Yo, Carmelo Torres Santiago, vecino de Caguas, P.R. 00725, voluntariamente declaro sujeto a las penalidades de perjurio que la información suministrada en este documento es cierta, correcta y completa.

Firma o Marca del Contribuyente, Tutor o Representante
Nombre y Firma del Testigo de la Marca
Fecha: 11/15/2016

Firma o Marca del Cónyuge
Nombre y Firma del Testigo de la Marca
Fecha: 11/15/2016

Período de Conservación: Diez (10) años.
Continúa al dorso.

Modelo SC 2781 Rev. 4 ago 10

Página 2

| PARTE V - DECLARACION DEL ADMINISTRADOR EN CASO DE CONTRIBUYENTE FALLECIDO (Para ser completado por el administrador) |
|---|

Declaro sujeto a las penalidades de perjurio que soy administrador del caudal relicto de _____,
núm. de seguro social _____ - _____ - _____, y que según mi conocimiento y creencia, la información suministrada en las Partes I, II y III de este documento, fue presentada en representación de este causante y que la misma es cierta, correcta y completa.

_____     _____     _____
Nombre del Administrador                    Firma del Administrador                 Fecha

( ) _____           _____
Número de Teléfono del Administrador            Dirección del Administrador

### ADVERTENCIA

Se le advierte que de usted haber suministrado alguna información falsa o incorrecta en esta Certificación, y luego de la evaluación correspondiente el Departamento de Hacienda determina que la misma se emitió basada en dicha información falsa o incorrecta, será referido para investigación criminal por la posible comisión de un delito grave de tercer grado. También será responsable de pagar toda contribución adeudada y los intereses, penalidades y adiciones a la contribución correspondiente a cada período para el cual venía obligado pero que dejó de rendir dentro del término establecido por ley una planilla de contribución sobre ingresos, independientemente de cualquier otra acción criminal que resulte por tal omisión.

### INSTRUCCIONES

La Certificación de Razones por las cuales el Contribuyente No está Obligado por Ley a Rendir la Planilla de Contribución sobre Ingresos de Individuos (Modelo SC 2781) es el mecanismo que el Departamento de Hacienda (Departamento) utiliza para que los contribuyentes indiquen las razones por las cuales no han rendido planillas en algún año contributivo.

Este documento complementa la Certificación de Radicación de Planillas de Contribución sobre Ingresos (Modelo SC 6088) que debe presentar toda persona que vaya a rendir o recibir un servicio, suplir un bien, solicitar alguna licencia o realizar algún trámite en cualquiera de las instrumentalidades del gobierno.

#### ¿Cuándo se utiliza?

El Modelo SC 2781 se utilizará en aquellos casos donde el Modelo SC 6088 refleje que el contribuyente no rindió alguna de las planillas correspondientes a los últimos 5 ó 10 años contributivos, según aplique.

#### ¿Dónde puede solicitarlo?

El Modelo SC 2781 está disponible en la División de Formas y Publicaciones, Oficina 603 del Departamento en el Viejo San Juan o podrá solicitarlo llamando al (787) 722-0216. También puede obtenerlo accediendo nuestra página en el Internet: www.hacienda.gobierno.pr.

#### ¿Quién y cómo puede completar y tramitar esta certificación?

Excepto según se indica más adelante, solo el contribuyente o su cónyuge podrán completar esta certificación y firmar la declaración de la Parte IV.

En aquellos casos donde el contribuyente ejerza su derecho de otorgar un poder por escrito autorizando a cualquier persona para que lo represente, dicha persona estará autorizada a firmar esta Certificación a nombre y en representación del contribuyente. El representante podrá ser designado como tal por medio de un poder otorgado ante notario, por testamento o por ley u orden de un tribunal (en el caso de un tutor).

**Contribuyente Fallecido:** Cuando la certificación se prepare para un contribuyente fallecido, el administrador deberá proveer toda la información del causante y completar la Parte V, en lugar de la Parte IV.

Período de Conservación: Diez (10) años.