# UNITED STATES BANKRUPTCY COURT
## DISTRICT 1

In re:  
    CARMELO TORRES SANTIAGO  
    DOMINGA COTTO VELEZ  
        Debtor(s)

Case No. 12-08925-ESL

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/05/2012.

2) The plan was confirmed on 01/18/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/25/2017.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 61.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $51,777.19.

10) Amount of unsecured claims discharged without payment: $15,706.92.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $9,000.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,881.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $638.24 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,519.24

Attorney fees paid and disclosed by debtor: $119.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANCO SANTANDER DE PR | Secured | 77,216.00 | NA | 77,244.09 | 0.00 | 0.00 |
| BANCO SANTANDER DE PR | Secured | 516.00 | NA | 525.00 | 525.00 | 0.00 |
| COOP A/C CRISTOBAL RODRIGUEZ H | Unsecured | NA | 0.00 | 4,499.49 | 1,079.19 | 0.00 |
| COOP A/C CRISTOBAL RODRIGUEZ H | Secured | NA | 0.00 | 7,666.43 | 0.00 | 0.00 |
| COOP A/C VILLA COOP | Secured | NA | 0.00 | 3,021.56 | 0.00 | 0.00 |
| COOP A/C VILLA COOP | Unsecured | 6,108.00 | 0.00 | 3,133.54 | 751.51 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | 423.00 | 0.00 | 499.43 | 119.83 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | 5,188.00 | 0.00 | 5,188.52 | 1,244.40 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | 5,811.00 | 0.00 | 5,930.73 | 1,422.43 | 0.00 |
| PORTFOLIO INVESTMENTS II LLC | Unsecured | 285.00 | 0.00 | 285.98 | 68.57 | 0.00 |
| PORTFOLIO INVESTMENTS II LLC | Unsecured | 679.00 | 0.00 | 726.82 | 174.34 | 0.00 |
| TD RETAIL CARD SERVICES | Unsecured | 398.00 | 0.00 | 398.17 | 95.49 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $525.00 | $525.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $87,932.08 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$88,457.08** | **$525.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,662.68** | **$4,955.76** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,519.24 |
| Disbursements to Creditors | $5,480.76 |
| **TOTAL DISBURSEMENTS :** | **$9,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/12/2017                             By: /s/ ALEJANDRO OLIVERAS RIVERA
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

12-08925-ESL                                           CERTIFICATE OF MAILING
-----------------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

CARMELO TORRES SANTIAGO
HC 08 BOX 38727
CAGUAS, PR  00725-9417

DOMINGA COTTO VELEZ
, PR

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902-4140

COOP A/C VILLA COOP
AGUSTIN BURGOS RIVERA
PO BOX 1554
VILLALBA, PR  00766

TD RETAIL CARD SERVICES
C/O CREDITORS BANKRUPTCY SERVICES
PO BOX 740933
DALLAS, TX  75374

AFNI
DISH NETWORK
PO BOX 3517
BLOOMINGTON, IL  61702-3517

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR  00936-2589

COOP A/C VILLA COOP
AGUSTIN BURGOS RIVERA
C/O LCDO LEMUEL NEGRON COLON
PO BOX 801478
COTTO LAUREL, PR  00780-1478

GURA COOP
PO BOX 678
GURABO, PR  00778

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117-6189

VILLA COOP AGUSTIN BUR
ROAD 149 KM 58.0
VILLALBA, PR  00766

**UST Form 101-13-FR-S (09/01/2009)**

COOP A/C CRISTOBAL RODRIGUEZ HIDALGO
PO BOX 438
COAMO, PR 00769

COOP A/C CRISTOBAL RODRIGUEZ HIDALGO
C/O LCDO LEMUEL NEGRON COLON
PO BOX 801478
COTTO LAUREL, PR 00780-1478

BANCO SANTANDER DE PR
C/O SERGIO RAMIREZ DE ARELLANO LAW OFFICES
BANCO POPULAR CENTER SUITE 1022
209 MUNOZ RIVERA AVE
SAN JUAN, PR 00918-1009

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN, PR 00936-2589

DEPARTAMENTO DE EDUCACION
PO BOX 190759
SAN JUAN, PR 00919

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185

PORTFOLIO INVESTMENTS II LLC
PO BOX 12931
NORFOLK, VA 23541

JEFFERSON CAPITAL SYSTEM LLC
PO BOX 772813
CHICAGO, IL 60677-2813

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

DATED: December 12, 2017

/S/HECTOR PEREZ
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**